CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 8 2008

Clerk, U.S. District and
Bankruptcy Courts

DF-VIMARC CORPORATION )
FORMERLY KNOWN )
AS DF CORPORATION )
        Plaintiff )
)
v. )
)
WACHOVIA BANK, N.A. )
        Defendant )
)
)

Civ

Case: 1:08-cv-00725
Assigned To : Bates, John D.
Assign. Date : 4/28/2008
Description: General Civil

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __DF-Vimarc Corporation__,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of __DF-Vimarc Corporation__, which have any outstanding securities

in the hands of the public. __None.__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_

Signature

# 948372
Bar Identification Number

Marc E. Miller
Print Name
McLeod, Watkinson & Miller
One Massachusetts Avenue, N.W.
Address

Washington     DC     20001
City     State     Zip

(202) 842-2345
Telephone Number