UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DF-VIMARC CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACHOVIA BANK, N.A., )<br>)<br>Defendant. )<br>) | Case: 1:08-cv-00725<br><br>The Honorable John D. Bates |

## JOINT RULE 16.3(a) REPORT

Pursuant to Local Rule 16.3 and Fed.R.Civ.P. 26(f), attorneys for the Plaintiff and Defendant have conferred by telephone and e-mail, and hereby submit the following report:

1. **Nature of Claims and Defenses.** The parties discussed the nature and bases of their claims and defenses.

2. **Dispositive Motions.** Defendant has filed an answer and counterclaim; plaintiff has answered the counterclaim. Either party may submit a dispositive motion at a later date.

3. **Amendments to Pleadings, Joinder of Parties.** Counsel have agreed that neither amendments to the pleadings nor the joinder of additional parties are anticipated.

4. **Magistrate Judge**. The parties do not believe this case should be assigned to a Magistrate Judge for all purposes, including trial.

5. **Settlement.** The parties discussed the possibilities for prompt settlement or resolution of the case. The parties have not yet engaged in any settlement discussion.

6. **ADR.** At the present time, counsel do not believe the parties need the assistance of the Court's ADR procedures. The parties may revisit the possibility of participating in an ADR program at a later point in the litigation.

7. **Summary Judgment.** Defendant believes that this case can be resolved through a motion for summary judgment; however, this determination is subject to further factual investigation and discovery. Plaintiff does not believe that this case can be resolved by summary judgment. Counsel have included in the proposed Scheduling Order dates for the filing of summary judgment motions following the close of discovery.

8. **Initial Disclosures Under Rule 26(a)(1).** The parties agree that those Rule 26(a)(1) initial disclosures shall be served on or before October 1, 2008.

9. **Limitations/Phased Discovery.** Counsel believe that it will require a minimum of six months to complete discovery in this matter and have included dates in the accompanying Scheduling Order setting dates for the initiation and completion of discovery by March 2, 2009. The parties are preparing an appropriate Protective Order to protect any confidential or proprietary information that may be exchanged during the course of discovery, and intend to file such proposed Order with the Court shortly. The parties agree that discovery need not be conducted in phases or be limited to or focused on particular issues. At this time, counsel do not believe that the limits on the number or interrogatories and depositions contained in the Federal Rules of Civil Procedure need to be altered for this matter. Counsel reserve the right to request that these limits be altered if the need arises.

10. **Expert Disclosures and Discovery.** The parties discussed the role of opinion testimony and shall conduct expert disclosures and discovery pursuant to Federal Rule of Civil Procedure 26. Counsel agree that expert disclosures under Rule 26(a)(2) are appropriate and that the experts may be deposed following the service of their initial disclosures. Counsel have included in the proposed Scheduling Order the dates for these disclosures.

11. **Class Actions.** This case is not a class action.

12. **Bifurcation.** Counsel agree it is too early to determine whether the trial of this case should be bifurcated or managed in phases.

13. **Pretrial Conference.** The parties believe that a pretrial conference should be held at the convenience of the Court and the parties, following the filing of any motions for summary judgment and the completion of discovery.

14. **Trial Date.** The parties would prefer that a firm trial date be set at the final pretrial conference.

15. **Electronically Stored Information.** The parties discussed generally electronically stored information.

16. **Other Matters.** All items required to be discussed by Rule 26(f) were discussed. At this time the parties have no other matters that need to be included in the Court's Scheduling Order.

SEEN AND AGREED:

/s/ _____
Marc E. Miller, D.C. Bar No. 948372
Richard T. Rossier, D.C. Bar No. 364649
Alex Menendez, D.C. Bar No. 470475
McLeod, Watkinson & Miller
One Massachusetts Avenue, NW, Ste. 800
Washington, DC 20001
Telephone: 202-842-2345
Facsimile: (202) 408-7763
Email: mmiller@mwmlaw.com
       amenendez@mwmlaw.com
*Attorneys for Plaintiff DF-VIMARC Corporation*

/s/ _____
Grady C. Frank, Jr., DC Bar No. 433469
Elizabeth A. Billingsley, DC Bar No. 501226
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
Email: grady.frank@troutmansanders.com
       elizabeth.billingsley@troutmansanders.com
*Attorneys for Defendant Wachovia Bank, N.A.*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DF-VIMARC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case: 1:08-cv-00725 |
| ) | |
| WACHOVIA BANK, N.A., ) | The Honorable John D. Bates |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING ORDER

Counsel have agreed to the following dates for discovery and pretrial matters in this case.

| | |
|---|---|
| October 1, 2008 | Initial disclosures exchanged |
| January 2, 2009 | Proponent's 26(a)(2) statements exchanged |
| February 2, 2009 | Opponent's 26(a)(2) statements exchanged |
| March 2, 2009 | All discovery concluded, including expert witness depositions |
| April 2, 2009 | Dispositive motions due |
| TBD | Final Pretrial conference |
| TBD | Trial |

_____
The Honorable John D. Bates
United States District Judge

SEEN AND AGREED:

/s/ _____
Marc E. Miller, D.C. Bar No. 948372
Richard T. Rossier, D.C. Bar No. 364649
Alex Menendez, D.C. Bar No. 470475
McLeod, Watkinson & Miller
One Massachusetts Avenue, NW, Ste. 800
Washington, DC 20001
Telephone: 202-842-2345
Facsimile: (202) 408-7763
Email: mmiller@mwmlaw.com
          amenendez@mwmlaw.com
*Attorneys for Plaintiff, DF-VIMARC Corporation*


/s/ Grady C. Frank, Jr. /mm
_____
Grady C. Frank, Jr., DC Bar No. 433469
Elizabeth A. Billingsley, DC Bar No. 501226
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
Email: grady.frank@troutmansanders.com
          elizabeth.billingsley@troutmansanders.com
*Attorneys for Defendant, Wachovia Bank, N.A.*

ND: 4833-0093-1842, Ver 1

2